1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

GARRET ODDY,

9

        Plaintiff,

10

   vs.

11

SURGENER FISHERIES 2, LLC, IN
PERSONAM; F/V MCKENZIE ROSE,

12

OFFICIAL NUMBER 682724, HER ENGINES,
MACHINERY, APPURTENANCES AND

13

CARGO, IN REM,

14

       Defendants.

15

IN ADMRALTY

Case No.:  2:21-cv-00717

**STIPULATION AND ORDER OF
DISMISSAL**

16

17

     COMES NOW the parties, pursuant to FRCP 41(a)(1)(A), by and through their respective

18

attorneys, to stipulate as follows:

19

     This case should be dismissed without prejudice and without costs to either party.

20

21

 */s/John W. Merriam*
John W. Merriam, WSBA#12749

22

Attorney for Plaintiff

23

*/s/ Markus B. G. Oberg*
Markus B.G. Oberg, WSBA #34914

24

Attorney for Defendant Surgener Fisheries 2, LLC

25

**STIPULATION AND ORDER OF DISMISSAL - 1**
**CASE NO. 2:21-CV-00717**

**John W. Merriam**
**4005 20th Avenue West, Suite 110**
**Seattle, WA 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

1

2

**<u>ORDER</u>**

3

It is so ordered.

4

Dated this 12th day of August 2021.

5

6

7

Barbara J. Rothstein
United States District Judge

8

9

Presented by:

10

11

By: */s/ John W. Merriam*

12

John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110

13

Seattle, WA 98199
Telephone: (206) 729-5252

14

Fax: (206) 729-1012
Email: john@merriam-maritimelaw.com

15

Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

**STIPULATION AND ORDER OF DISMISSAL - 2**
**CASE NO.  2:21-CV-00717**

**John W. Merriam**
**4005 20th Avenue West, Suite 110**
**Seattle, WA 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**